Kirk A. Pasich (SBN 94242)
kpasich@linerlaw.com
Sandra Smith Thayer (SBN 200294)
sthayer@linerlaw.com
Fiona A. Chaney (SBN 227725)
fchaney@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO GAS AND ELECTRIC COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> LAMORAK INSURANCE COMPANY f/k/a THE NORTHERN ASSURANCE COMPANY OF AMERICA, as successor in interest to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY, as successor in interest to HARBOR INSURANCE COMPANY; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED; <br><br> Defendants. | Case No. 3:15-cv-00636-WQH-JLB <br><br> **NOTICE OF SETTLEMENT** <br><br> Final Pre-Trial Conference Date: October 14, 2016 |

2925669

NOTICE OF SETTLEMENT

Pursuant to the Honorable William Q. Hayes' Civil Pretrial and Trial Procedures, plaintiff San Diego Gas & Electric Company ("SDG&E"), and defendants Lamorak Insurance Company f/k/a The Northern Assurance Company of America, as successor in interest to Employers' Surplus Lines Insurance Company, the Continental Insurance Company, as successor in interest to Harbor Insurance Company, and Associated Electric & Gas Insurance Services Limited ("AEGIS") (collectively, the "Parties") hereby notify this Court that a settlement has been reached in the instant matter.

The Parties request that they be given until June 15, 2016, to execute the necessary documents reflecting the settlement and to file the necessary Joint Motion to Dismiss.

The Parties also request that the Court vacate all other dates presently set in this matter.

Dated: April 28, 2016          LINER LLP


By: */s/ Fiona A. Chaney*
 Fiona A. Chaney
 Attorneys for Plaintiff
 San Diego Gas and Electric Company

2925669

1
NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2016 | EDISON, McDOWELL & HETHERINGTON LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  */s/ Raymond J. Tittmann* |
| 5 | | Raymond J. Tittmann |
| 6 | | Attorneys for Defendants Lamorak Insurance Company f/k/a/ The |
| 7 | | Northern Assurance Company as successor in interest to Employers Surplus Lines |
| 8 | | Insuarnce Company and The Continental |
| 9 | | Insurance Compnay as successor in interest to Harbor Insurance Company |
| 10 | | |
| 11 | | |
| 12 | Dated:  April 28, 2016 | RIVKIN RADLER LLP |
| 13 | | |
| 14 | | By:  */s/ John L. Rivkin* |
| 15 | | John L. Rivkin Attorneys for Defendant |
| 16 | | Associated Electric & Gas Insurance Services Limited |

# CERTIFICATE OF SERVICE
*San Diego Gas and Electric Company v. Lamorak Insurance Company f/k/a The Northern Assurance Company of America, et al.*
USDC Case No. 15-cv-0636 WQH-JLB

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024-3503. On April 28, 2016, I filed and served these document(s):

**NOTICE OF SETTLEMENT**

**[SEE ATTACHED SERVICE LIST]**

☑ **BY THE COURT'S CM/ECF SYSTEM:** I electronically filed the document(s) using the CM/ECF system, which sent notification of the filing to the person(s) listed on the attached service list.

☑ [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 28, 2016, at Los Angeles, California.

_____
Fiona Chaney

**SERVICE LIST**
*San Diego Gas and Electric Company v. Lamorak Insurance Company f/k/a The Northern Assurance Company of America, et al.*
USDC Case No. 15-cv-0636 WQH-JLB

| | |
|---|---|
| Raymond J. Tittmann<br>EDISON, McDOWELL & HETHERINGTON LLP<br>401 Wilshire Blvd., 12th Floor Penthouse<br>Santa Monica, CA 90401<br>raymond.tittman@emhllp.com<br>Telephone: 310-496-4553<br>Facsimile: 510-628-2146<br><br>Robert D. Whitney<br>EDISON, McDOWELL & HETHERINGTON LLP<br>1 Kaiser Plaza, Suite 340<br>Oakland, CA 94612<br>robert.whitney@emhllp.com<br>Telephone: 510-628-2145<br>Facsimile: 510-628-2146<br><br>Hutson B. Smelley<br>EDISON, McDOWELL & HETHERINGTON LLP<br>3200 Southwest Freeway, Suite 2100<br>Houston, TX 77027<br>hutson.smelley@emhllp.com<br>Telephone: 713-337-5594 | Attorneys for Defendants LAMORAK INSURANCE COMPANY f/k/a THE NORTHERN ASSURANCE COMPANY OF AMERICA as successor in interest to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY and THE CONTINENTAL INSURANCE COMPANY as successor in interest to HARBOR INSURANCE COMPANY |
| John L. Rivkin<br>Steven Zuckermann<br>George D. Kappus<br>RIVKIN RADLER LLP<br>926 RXR Plaza<br>Uniondale, NY 11556<br>john.rivkin@rivkin.com<br>steven.zuckermann@rivkin.com<br>george.kappus@rivkin.com<br>Telephone: 516-357-3333<br><br>Mark E. Hellenkamp<br>Gary Hamblet<br>MORRIS POLICH & PURDY LLP<br>600 West Broadway, Suite 500<br>San Diego, CA 92101<br>mhellenkamp@mpplaw.com<br>ghamblet@mpplaw.com<br>Telephone: 619-557-0404<br>Facsimile: 619-557-0460 | Attorneys for Defendant ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED |