Kirk A. Pasich (SBN 94242)
kpasich@linerlaw.com
Sandra Smith Thayer (SBN 200294)
sthayer@linerlaw.com
Fiona A. Chaney (SBN 227725)
fchaney@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3518
Telephone:   (310) 500-3500
Facsimile:    (310) 500-3501

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO GAS AND ELECTRIC COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LAMORAK INSURANCE COMPANY f/k/a THE NORTHERN ASSURANCE COMPANY OF AMERICA, as successor in interest to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY, as successor in interest to HARBOR INSURANCE COMPANY; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED;<br><br>　　　　　Defendants. | Case No. 3:15-cv-00636-WQH-JLB<br><br>Hon. William Q. Hayes<br><br>**JOINT MOTION FOR DISMISSAL** |
| AND RELATED CROSS-CLAIMS | |

2953365

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's April 28, 2016, Order (Dkt. No. 84), San Diego Gas & Electric Company, Lamorak Insurance Company, The Continental Insurance Company, and Associated Electric & Gas Insurance Services Limited request that all claims, cross-claims, and counter-claims in this lawsuit be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: July 14, 2016                LINER LLP

By: _____/s/ Fiona A. Chaney_____
Fiona A. Chaney
Attorneys for San Diego Gas and Electric Company

Dated: July 14, 2016                EDISON, McDOWELL & HETHERINGTON LLP

By: _____/s/ Raymond J. Tittmann_____
Raymond J. Tittmann
Attorneys Lamorak Insurance Company f/k/a/ The Northern Assurance Company as successor in interest to Employers Surplus Lines Insurance Company and The Continental Insurance Company as successor in interest to Harbor Insurance Company

Dated: July 14, 2016                RIVKIN RADLER LLP

By: _____/s/ John L. Rivkin_____
John L. Rivkin
Attorneys for Associated Electric & Gas Insurance Services Limited

**CERTIFICATE OF SERVICE**
*San Diego Gas and Electric Company v. Lamorak Insurance Company f/k/a The Northern Assurance Company of America, et al.*
USDC Case No. 15-cv-0636 WQH-JLB

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024-3503. On July 14, 2016, I filed and served these document(s):

**JOINT MOTION FOR DISMISSAL**

**[SEE ATTACHED SERVICE LIST]**

☑ **BY THE COURT'S CM/ECF SYSTEM:** I electronically filed the document(s) using the CM/ECF system, which sent notification of the filing to the person(s) listed on the attached service list.

☑ [Federal]    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2016, at Los Angeles, California.

*/s/ Fiona A. Chaney*
Fiona Chaney

2953365

1

Case No. 3:15-cv-00636-WQH-JLB

JOINT MOTION FOR DISMISSAL

**SERVICE LIST**
*San Diego Gas and Electric Company v. Lamorak Insurance Company f/k/a The Northern Assurance Company of America, et al.*
USDC Case No. 15-cv-0636 WQH-JLB

| | |
|---|---|
| Raymond J. Tittmann<br>EDISON, McDOWELL & HETHERINGTON LLP<br>401 Wilshire Blvd., 12th Floor Penthouse<br>Santa Monica, CA  90401<br>raymond.tittman@emhllp.com<br>Telephone:  310-496-4553<br>Facsimile:  510-628-2146<br><br>Robert D. Whitney<br>EDISON, McDOWELL & HETHERINGTON LLP<br>1 Kaiser Plaza, Suite 340<br>Oakland, CA  94612<br>robert.whitney@emhllp.com<br>Telephone:     510-628-2145<br>Facsimile:      510-628-2146<br><br>Hutson B. Smelley<br>EDISON, McDOWELL & HETHERINGTON LLP<br>3200 Southwest Freeway, Suite 2100<br>Houston, TX  77027<br>hutson.smelley@emhllp.com<br>Telephone:  713-337-5594 | Attorneys for Defendants LAMORAK INSURANCE COMPANY f/k/a THE NORTHERN ASSURANCE COMPANY OF AMERICA as successor in interest to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY and THE CONTINENTAL INSURANCE COMPANY as successor in interest to HARBOR INSURANCE COMPANY |
| John L. Rivkin<br>Steven Zuckermann<br>George D. Kappus<br>RIVKIN RADLER LLP<br>926 RXR Plaza<br>Uniondale, NY  11556<br>john.rivkin@rivkin.com<br>steven.zuckermann@rivkin.com<br>george.kappus@rivkin.com<br>Telephone:  516-357-3333<br><br>Mark E. Hellenkamp<br>Gary Hamblet<br>MORRIS POLICH & PURDY LLP<br>600 West Broadway, Suite 500<br>San Diego, CA  92101<br>mhellenkamp@mpplaw.com<br>ghamblet@mpplaw.com<br>Telephone:  619-557-0404<br>Facsimile:  619-557-0460 | Attorneys for Defendant ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED |