**FILED**

Jul 18 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ darcig   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LAMORAK INSURANCE COMPANY f/k/a THE NORTHERN ASSURANCE COMPANY OF AMERICA, as successor in interest to EMPLOYERS' SURPLUS LINES INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY, as successor in interest to HARBOR INSURANCE COMPANY; ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED,<br><br>Defendants. | Case No. 3:15-cv-00636-WQH-JLB<br><br>Hon. William Q. Hayes<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| AND RELATED CROSS-CLAIMS | |

2953499

ORDER GRANTING JOINT MOTION TO DISMISS

| | |
|---|---|
| 1 | Having reviewed the Joint Motion for Dismissal entered into by Plaintiff and |
| 2 | Counter Defendant San Diego Gas & Electric Company, and Defendants, Counter |
| 3 | Defendants and Cross Claimants Lamorak Insurance Company f/k/a The Northern |
| 4 | Assurance Company of America, as successor in interest to Employers' Surplus |
| 5 | Lines Insurance Company, The Continental Insurance Company, as successor in |
| 6 | interest to Harbor Insurance Company, and Defendant Associated Electric & Gas |
| 7 | Insurance Services Limited (collectively, the "Parties"), and filed on July 14, 2016, |
| 8 | and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that: |
| 9 | 1. All claims, cross-claims, and counter claims asserted in the above- |
| 10 | captioned matter are dismissed with prejudice; and |
| 11 | 2. Each party shall bear its own attorneys' fees and costs. |
| 12 | IT IS SO ORDERED. |

Dated: 7/17/16

_____
Hon. William Q. Hayes
UNITED STATES DISTRICT COURT JUDGE

2953499

1

ORDER GRANTING JOINT MOTION TO DISMISS